UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Case No. 22-43295

MICHAEL E. LEWIS, *pro se*,             Chapter 7

            Debtor.                         Judge Thomas J. Tucker

_____/

## ORDER DENYING THE DEBTOR'S DISCHARGE

On August 17, 2022, after holding a hearing, the Court entered an order entitled "Order Conditionally Dissolving Show Cause Order (Regarding Filing Fee)" (Docket # 45, the "August 17 Order"), which stated, in relevant part:

> IT IS FURTHER ORDERED that **no later than September 2, 2022**, the Debtor must pay to the Clerk of this Court, in full, the $228.00 filing fee that is still owing for this case, or the Court will enter an order denying the Debtor a discharge under 11 U.S.C. § 727(a)(6)(a) and 11 U.S.C. § 105(a). *See also* Fed. R. Bankr. P. 1006.

(Bold in original).

The Debtor failed to pay the $228.00 filing fee still owing for this case by the September 2, 2022 deadline, and to date, still has not paid this filing fee.

Accordingly, and based on the August 17 Order,

IT IS ORDERED that the Debtor's discharge is denied, because of the Debtor's failure and refusal to obey the August 17 Order, and also based on 11 U.S.C. § 727(a)(6)(a) and 11 U.S.C. § 105(a).

IT IS FURTHER ORDERED that, consistent with 11 U.S.C. §§ 362(a) and 362(c)(1), the automatic stay under § 362(a) continues with respect to any act against property of the bankruptcy estate, until such property is no longer property of the estate; or until such stay terminates under some other provision of the Bankruptcy Code; or until the Court orders otherwise.

IT IS FURTHER ORDERED that, consistent with 11 U.S.C. §§ 362 (a) and 362(c)(2)(C), the automatic stay under § 362(a) of any act other than an act against property of the estate is terminated.

**Signed on September 6, 2022**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**